[No. 69767-6-I.  Division One.  May 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BINYAM B. YEMRU,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-1-08291-0, LeRoy McCullough, J., entered
December 19, 2012. *Affirmed in part, reversed in part,* and
*remanded with instructions* by unpublished opinion per
Dwyer, J., concurred in by Becker and Lau, JJ.

[No. 69912-1-I.  Division One.  May 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CRUZ BLACKSHEAR,
*Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 12-1-02281-4, Eric Z. Lucas, J., entered
January 24, 2013. *Affirmed* by unpublished opinion per
Spearman, C.J., concurred in by Appelwick and Schindler, JJ.

[No. 70019-7-I.  Division One.  May 19, 2014.]

SCOTT ANDERSON TRUCKING, INC., *Appellant*, v. PACCAR
FINANCIAL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 12-2-01541-4, Theresa B. Doyle, J., entered
March 4, 2013. *Affirmed* by unpublished opinion per Dwyer,
J., concurred in by Spearman, C.J., and Cox, J.